UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEONARD J. GIANNINI
_____,
             Plaintiff(s),

v.

AMERICAN HOME
MORTGAGE SERVICING, ,
             Defendant(s).
_____/

CASE NO. 3:11-CV-04489-TEH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [✓] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [✓] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: 2/7/12

/s/ Joel M. Feinstein, Esq.
Attorney for Plaintiff

Dated: 2/7/12

/s/ Joshua R. Hernandez, Esq.
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

[~~PROPOSED~~] ORDER

    [X]  The parties' stipulation is adopted and IT IS SO ORDERED.
    [ ]  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 02/09/2012



_____
Hon.
UNITED STATES DISTRICT JUDGE

| When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation." |
|---|

## PROOF OF SERVICE

I, Barbara Espinoza, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On February 9, 2012, I served the within **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on all interested parties in this action as follows:

[X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Joel M. Feinstein, Esq.
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA  92612
Tel.: (949) 419-8912
Fax: (888) 900-5155
**Attorney for Plaintiff**

[X]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]    (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]    (BY ELECTRONIC MAIL) I caused each such document to be transmitted   electronically to the parties at the e-mail address indicated. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ]    (BY NORCO - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Delivery Services with the delivery fees provided for.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-1-

-2-

[X]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2012, at Newport Beach, California.

*B. Espinoza*
Barbara Espinoza

PROOF OF SERVICE