IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD J. GIANNINI,<br><br>              Plaintiff,<br><br>      v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC. AND DOES 1-10, inclusive,<br><br>              Defendants. | NO. C11-04489 TEH<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

On February 13, 2012, a case management conference was scheduled to be held at 1:30 p.m., having been set on this date in December of 2011. At this scheduled case management conference, Plaintiff's counsel failed to appear. The Court attempted to contact Plaintiff's counsel via telephone, and left a message requesting that counsel call chambers immediately. No call was received.

In light of counsel's abdication, the Court hereby ORDERS counsel to show cause why sanctions should not be imposed. A hearing will hereby be set at **10:00 a.m. on March 26, 2012**, in Courtroom 2, 17th Floor, U.S. District Court in San Francisco, at which the Court will hear argument on the order to show cause. Counsel shall appear in person. Should counsel wish to file any written response to this order, such response must be filed on or before **March 19, 2012.**

**IT IS SO ORDERED.**

Dated: 2/14/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT