WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Charles C. McKenna, Esq. SBN 167169
Joshua Hernandez, Esq., SBN 258266
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
(949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendant,
AMERICAN HOME MORTGAGE SERVICING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| LEONARD J. GIANNINI,<br><br>         Plaintiff,<br><br>    vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC. and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.:  3:11-cv-04489-TEH<br><br>*Honorable Thelton E. Henderson*<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     March 26, 2012<br>Time:    10:00 a.m.<br>Ctrm.:    2 (17th Floor)<br><br>Complaint filed: August 10, 2011 |

Based on the Stipulation of the Parties, it is hereby ORDERED as follows:

1. The Joint Stipulation to Continue the Case Management Conference is APPROVED.

2. The March 26, 2012 Case Management Conference is hereby continued to ~~May 29, 2012 at 10:00 a.m.~~; or to __June 4, 2012, at 1:30 p.m.__

**IT IS SO ORDERED.**

Date: 3/22/2012 _____

_____
The Honorable _____ Court Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Thelton E. Henderson]*

1
[PROPOSED] ORDER