IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD J. GIANNINI,

                Plaintiff,

        v.

AMERICAN HOME MORTGAGE
SERVICING, INC. AND DOES 1-10,
inclusive,

                Defendants.

NO. C11-04489 TEH

ORDER FOR CLARIFICATION

The Court is in receipt of the parties' joint stipulation to continue the mediation completion deadline, which seeks to continue the deadline for the completion of alternative dispute resolution until the next case management conference in this case on June 4, 2012.

The Court notes, however, that there is a motion to dismiss presently pending, which was filed by defendant American Home Mortgage Servicing, Inc. on March 29, 2012, and to which a response was due April 12, 2012. There having been no response to the motion, and, indeed, no further filing by either party which so much as makes reference to the fact of the pending motion, the Court hereby ORDERS the parties to file, within seven days of the issuance of this order, a joint statement clarifying the present posture of this case and explaining the requested extension in light of the presently-pending motion to dismiss. If no document has been received by **Wednesday, May 3, 2012**, the Court will consider dismissal of this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 4/25/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California