Joel M. Feinstein, Esq. SBN: 177546
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
Tel.: (949) 419-8912
Fax: (888) 900-5155

Attorney for Plaintiff,
LEONARD GIANNINI

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LEONARD J. GIANNINI,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING INC. and DOES 1-10, inclusive,<br><br>Defandant | CASE:3:11-cv-04489<br><br>Honorable Judge Thelton E. Henderson<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISSMISSAL OF DEFENDANT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff LEONARD GIANNINI ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant AMERICAN HOME MORTGAGE SERVICING INC. and DOES 1-10, inclusive ("Defendant"). *Federal Rule of Civil Procedure* 41(a)(1) provides, in relevant part:

    (a) Voluntary Dismissal.
    (1) By the Plaintiff.
    (A) Without a Court Order.
        Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: <u>*(i) a notice of dismissal before the opposing party serves either an anser or a motion for summary judgment.*</u>

Here, Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed *without prejudice* and without an Order of the Court.

DATED: May 1, 2012    LAW OFFICES OF JOEL M. FEINSTEIN, APC



05/02/2012
IT IS SO ORDERED
Judge Thelton E. Henderson

BY: _____
JOEL M. FEINSTEIN, ESQ.
Attorney for Plaintiff
LEONARD GIANNINI